UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Anderson, Kelvin J | § | Case No. 09 B 20394 |
| | Boynes, Sarah D | § | |
| | Debtors | § | |
| | | § | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/04/2009.

2) The plan was confirmed on 08/10/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was dismissed on 05/14/2012.

6) Number of months from filing or conversion to last payment: 28.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $17,200.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $11,700.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$11,700.00** |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,360.16 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $695.37 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,055.53** |

Attorney fees paid and disclosed by debtor          $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Overland Bond & Investment Corp | Secured | NA | $2,900.00 | $2,900.00 | $0 | $0 |
| Allied Interstate | Unsecured | $687.24 | NA | NA | $0 | $0 |
| American InfoSource LP | Unsecured | $396.65 | $264.60 | $264.60 | $36.80 | $0 |
| AmSher Collection Services | Unsecured | $3,014.12 | NA | NA | $0 | $0 |
| ASF International | Unsecured | $160.20 | NA | NA | $0 | $0 |
| Biehl & Biehl | Unsecured | $16.10 | NA | NA | $0 | $0 |
| BMG Music Service | Unsecured | $33.21 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $545.00 | NA | NA | $0 | $0 |
| CBCS | Unsecured | $2,413.56 | NA | NA | $0 | $0 |
| CBCS | Unsecured | $312.43 | NA | NA | $0 | $0 |
| Child Support Division | Unsecured | $72.00 | NA | NA | $0 | $0 |
| Christian Community Health | Unsecured | $20.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $420.00 | $2,157.50 | $2,157.50 | $299.90 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $530.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $423.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $208.03 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $208.03 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Acceptance Corp | Unsecured | NA | $3,014.12 | $3,014.12 | $419.20 | $0 |
| Dependon Collection Service | Unsecured | $274.00 | NA | NA | $0 | $0 |
| Fingerhut | Unsecured | $111.95 | NA | NA | $0 | $0 |
| Foundation For Emergency Svc | Unsecured | $386.00 | NA | NA | $0 | $0 |
| Horizon Emergency Physicians | Unsecured | $249.00 | NA | NA | $0 | $0 |
| Household Bank (SB) N A | Unsecured | $552.91 | NA | NA | $0 | $0 |
| HSBC Auto Finance | Unsecured | NA | $11,567.41 | $11,567.41 | $1,608.16 | $0 |
| ICS | Unsecured | $25.00 | NA | NA | $0 | $0 |
| IL Bone And Joint Institute | Unsecured | $9,280.00 | NA | NA | $0 | $0 |
| Illinois Eye Institute | Unsecured | $35.00 | NA | NA | $0 | $0 |
| Illinois Secretary Of State | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $3,890.37 | $3,941.55 | $3,941.55 | $548.17 | $0 |
| IMC Credit Services | Unsecured | $74.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $684.23 | $1,614.55 | $1,614.55 | $224.54 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $1,856.59 | $1,856.59 | $258.09 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $1,477.75 | $1,477.75 | $205.42 | $0 |
| Loretto Hospital | Unsecured | $224.00 | NA | NA | $0 | $0 |
| Marquette Radiology Associates | Unsecured | $29.00 | NA | NA | $0 | $0 |
| MCS | Unsecured | $277.00 | NA | NA | $0 | $0 |
| Merchants Interstate | Unsecured | $631.20 | NA | NA | $0 | $0 |
| Mercy Medical Center | Unsecured | $542.00 | NA | NA | $0 | $0 |
| Mercy Medical Center | Unsecured | $2,820.58 | NA | NA | $0 | $0 |
| Mercy Medical Center | Unsecured | $4,700.96 | NA | NA | $0 | $0 |
| North Shore Agency Inc | Unsecured | $48.64 | NA | NA | $0 | $0 |
| North Shore Agency Inc | Unsecured | $163.45 | NA | NA | $0 | $0 |
| Northland Group Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Northshore Pathology Consult | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Northshore Pathology Consult | Unsecured | $140.00 | NA | NA | $0 | $0 |
| Northwestern Business College | Unsecured | $3,025.00 | NA | NA | $0 | $0 |
| Nuvell Credit Company LLC | Unsecured | NA | $7,099.02 | $7,099.02 | $986.66 | $0 |
| Overland Bond & Investment Corp | Unsecured | $5,415.35 | $2,132.00 | $2,132.00 | $296.50 | $0 |
| Pandelis Banias | Unsecured | $694.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,132.25 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $805.62 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $396.03 | $45.00 | $45.00 | $6.26 | $0 |
| Portfolio Recovery Associates | Unsecured | $805.62 | $805.62 | $805.62 | $112.04 | $0 |
| Premier Bankcard | Unsecured | $476.41 | $382.53 | $382.53 | $53.18 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Premier Bankcard | Unsecured | NA | $476.41 | $476.41 | $66.23 | $0 |
| Radiological Physicians | Unsecured | $192.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $420.33 | $287.84 | $287.84 | $40.03 | $0 |
| Resurrection Health Care | Unsecured | $56,234.50 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $7,002.11 | $7,561.68 | $7,561.68 | $1,051.00 | $0 |
| Sallie Mae | Unsecured | $9,540.25 | $9,907.83 | $9,907.83 | $1,377.06 | $0 |
| Sallie Mae | Unsecured | $4,625.00 | NA | NA | $0 | $0 |
| Sinai Medical Group | Unsecured | $135.00 | NA | NA | $0 | $0 |
| Sound & Spirit | Unsecured | $28.07 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $295.82 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $664.60 | NA | NA | $0 | $0 |
| Time Life Books | Unsecured | $163.45 | NA | NA | $0 | $0 |
| Transworld Systems Inc | Unsecured | $317.00 | NA | NA | $0 | $0 |
| TV Guide | Unsecured | $15.88 | NA | NA | $0 | $0 |
| Unimed | Unsecured | $314.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $383.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $444.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | NA | $397.09 | $397.09 | $55.23 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $2,900.00 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $2,900.00 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $54,989.09 | $7,644.47 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,055.53 |
| Disbursements to Creditors | $7,644.47 |
| **TOTAL DISBURSEMENTS:** | $11,700.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 11, 2012        By: /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.